UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY MICHAEL GENTRY,

    Plaintiff,

    v.       CASE NO. 8:21-cv-945-WFJ-CPT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's timely unopposed motion for attorneys' fees and costs pursuant to 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA") and 31 U.S.C. § 1304 with attached exhibits (Dkt. 19) and the well-reasoned report issued by United States Magistrate Judge Tuite recommending fees be granted (Dkt. 20). Plaintiff represents that the Commissioner has no objections. Dkt. 19-6. After an independent review of the file, the Court **ORDERS** as follows:

    1. The Report and Recommendation (Dkt. 20) is adopted, affirmed, and approved in all respects and is made a part of this order for all purposes.

    2. The uncontested motion for fees and costs pursuant to the EAJA and 31 U.S.C. § 1304 (Dkt. 19) is granted.

3. Plaintiff, as the prevailing party, is awarded appropriate and reasonable attorneys' fees in the amount of $995.21 and costs in the amount of $402. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, then pursuant to Plaintiff's assignment of fees to Plaintiff's counsel (Dkt. 19-5) and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fees may be paid directly to Plaintiff's counsel.

4. The Clerk of Court shall enter a judgment for attorneys' fees of $995.21 and costs of $402 in favor of Plaintiff and against Defendant in the total amount of $1,397.21.

**DONE AND ORDERED** at Tampa, Florida, on January 18, 2022.

*/s/ William F. Jung*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of record